UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JANET KYSZENIA, VICTORIA SANDERS, and
ELIZABETH GALKOWSKI, on behalf of themselves
and others similarly situated,

                        Plaintiffs,                      JUDGMENT
v.                                                                20-CV-2215 (AMD) (VMS)

RICOH USA, INC.,

                        Defendant.
----------------------------------------------------------------X

       A Memorandum, Decision, and Order of the Honorable Ann M. Donnelly, United States District Judge, having been filed on February 3, 2022, granting the defendant's motion to dismiss the SAC; and dismissing the plaintiffs' GBL §§ 349 and 350, express warranty, implied warranty, MMWA, negligent misrepresentation, fraud, and unjust enrichment claims with prejudice; it is

       ORDERED and ADJUDGED that the defendant's motion to dismiss the SAC is granted; and that the plaintiffs' GBL §§ 349 and 350, express warranty, implied warranty, MMWA, negligent misrepresentation, fraud, and unjust enrichment claims are dismissed with prejudice.

Dated:  Brooklyn, New York                                Brenna B. Mahoney
           February 4, 2022                                   Clerk of Court

                                                        By:    /s/Jalitza Poveda
                                                                        Deputy Clerk